**Opinion issued May 16, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-01088-CV**

_____

**ALLSTATE TEXAS LLOYDS, Appellant**

**V.**

**WALTER GAFFNEY JR. A/N/F WALTER GAFFNEY III, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-80273**

**MEMORANDUM OPINION**

This is an appeal from a judgment signed August 30, 2012. On May 3, 2013, the parties filed a joint motion to dismiss the appeal because they have entered into a settlement agreement. *See* TEX. R. APP. P. 42.1. They also request that this Court expedite issuance of the mandate.

The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(e). The Clerk is directed to issue mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.